IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELE BURKE CRADDOCK, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>LECLAIR RYAN, A PROFESSIONAL )<br>CORPORATION )<br>Defendant ) | Civil Action No. 3:16-cv-11 |

## MOTION TO STAY ARBITRATION

COMES NOW Plaintiff Michele Burke Craddock ("Plaintiff" or "Craddock"), by counsel, and moves this Court to stay arbitration proceedings, pending a determination of whether an agreement to arbitrate exists, in accordance with the provisions of 9 U.S.C. §§ 3, 4. A memorandum that sets forth the grounds for the relief requested accompanies this motion.

Respectfully submitted,

MICHELE BURKE CRADDOCK,

By: _____
Counsel

Harris D. Butler, III, (VSB No. 26483)
Paul M. Falabella (VSB No. 81199)
Butler Royals, PLC
140 Virginia Street, Ste 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: harris.butler@butlerroyals.com
       paul.falabella@butlerroyals.com

## **CERTIFICATE OF SERVICE**

I certify that on the 7th day of January, 2016, a copy of the foregoing was served by U.S. Mail, postage prepaid, on:

Burt H. Whitt, Esq.
John M. Bredehoft, Esq.
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510

Randy C. Sparks, Esq.
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219