FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELE BURKE CRADDOCK,
    Plaintiff

v.                               Civil Action No. 3:16-cv-11

LECLAIR RYAN, P.C.
    Defendant.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the plaintiff's MOTION TO STAY ARBITRATION (Docket No. 3) is denied and the defendant's MOTION TO DISMISS AND TO COMPEL ARBITRATION (Docket No. 7) is granted.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                        /s/        REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: April 12, 2016