IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELE BURKE CRADDOCK<br><br>Plaintiff,<br><br>v.<br><br>LeCLAIRRYAN, a Professional Corporation,<br><br>Defendants | Civil Action No: 3:16CV011 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Michele Burke Craddock appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on April 12, 2016 (ECF Nos. 14 and 15).

Respectfully submitted,

MICHELE BURKE CRADDOCK,

By: /s/ *Harris D. Butler, III*
Harris D. Butler, III, (VSB No. 26483)
Paul M. Falabella (VSB No. 81199)
Butler Royals, PLC
140 Virginia Street, Ste 302
Richmond, Virginia 23219
(804) 648-4848 (Telephone)
(804) 237-0413 (Facsimile)
harris.butler@butlerroyals.com
paul.falabella@butlerroyals.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John M. Bredehoft, Esq.<br>Kaufman & Canoles, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, Virginia 23510<br>jmbredehoft@kaufcan.com | Randy C. Sparks, Esq.<br>Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219<br>rcsparks@kaufcan.com |

*Counsel for Defendant*

/s/ *Harris D. Butler, III*
Harris D. Butler, III, (VSB No. 26483)
Butler Royals, PLC
140 Virginia Street, Ste 302
Richmond, Virginia 23219
(804) 648-4848 (Telephone)
(804) 237-0413 (Facsimile)
harris.butler@butlerroyals.com