FILED: August 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1423
(3:16-cv-00011-REP)
_____

MICHELE BURKE CRADDOCK

Plaintiff - Appellant

v.

LECLAIRRYAN, A Professional Corporation

Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK