**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **MICHELE BURKE CRADDOCK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:16-cv-11** |
| | ) | |
| **LECLAIR RYAN, A PROFESSIONAL** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD

COMES NOW Plaintiff Michele Burke Craddock ("Plaintiff" or "Craddock"), by counsel, and pursuant to 9 U.S.C. § 9 moves this Court to lift the previously entered stay, confirm her arbitration award, and enter judgment in her favor. A memorandum setting forth the grounds for the relief requested accompanies this Motion.

Respectfully submitted,

MICHELE BURKE CRADDOCK,

By: /s/ *Harris D. Butler, III*
Harris D. Butler, III, (VSB No. 26483)
Paul M. Falabella (VSB No. 81199)
Butler Royals, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia 23219
(804) 648-4848 (Telephone)
(804) 237-0413 (Facsimile)
harris.butler@butlerroyals.com
paul.falabella@butlerroyals.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John M. Bredehoft, Esq.
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510

Randy C. Sparks, Esq.
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219

*Counsel for Defendant*

/s/ *Harris D. Butler, III*
Harris D. Butler, III, (VSB No. 26483)
Butler Royals, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia 23219
(804) 648-4848 (Telephone)
(804) 237-0413 (Facsimile)
harris.butler@butlerroyals.com