IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELE BURKE CRADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>LECLAIRRYAN, A PROFESSIONAL CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 3:16-cv-11 |

## **LECLAIRRYAN'S NOTICE OF FILING REDACTED VERSION OF FINAL AWARD**

PLEASE TAKE NOTICE THAT, in connection with its previously filed Motion to Seal Arbitration Awards, LeClairRyan, PLLC ("LeClairRyan"), by counsel, is filing a redacted version of the Final Award previously submitted by Michele Burke Craddock as Exhibit 1 to her Memorandum in Support of Motion to Confirm Arbitration Award [ECF No. 22-1].

Respectfully submitted,

**LECLAIRRYAN, PLLC**

By: /s/ Randy C. Sparks, Jr.

John M. Bredehoft (VSB No. 33602)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
Email: jmbredehoft@kaufcan.com

Randy C. Sparks, Jr. (VSB No. 40723)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23129
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
E-mail: rcsparks@kaufcan.com

*Counsel for LeClairRyan, PLLC*

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2018, a true copy of the foregoing NOTICE OF FILING OF REDACTED VERSION OF FINAL AWARD was electronically filed with the Clerk of Court, which will send a notification of such filing (NEF) to the following:

Harris D. Butler, III, Esquire
Paul M. Falabella, Esquire
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
*Counsel for Michele Burke Craddock*

          /s/ Randy C. Sparks, Jr.
          Randy C. Sparks, Jr.
          Virginia Bar No. 40723
          *Counsel for LeClairRyan, PLLC*
          KAUFMAN & CANOLES, P.C.
          Two James Center
          1021 East Cary Street, Suite 1400
          Richmond, Virginia 23219
          Telephone: (804) 771-5700
          Facsimile: (804) 771-5777
          E-mail: rcsparks@kaufcan.com