IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELE BURKE CRADDOCK,

    Plaintiff,

v.                                        Civil Action No. 3:16-cv-11

LECLAIRRYAN,
A PROFESSIONAL CORPORATION

    Defendant.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, having considered PLAINTIFF'S AMENDED MOTION TO CONFIRM ARBITRATION AWARD (ECF No. 25), LECLAIRRYAN'S MOTION TO CORRECT AND VACATE PORTION OF ARBITRATION AWARD (ECF No. 27), and LECLAIRRYAN'S MOTION TO SEAL ARBITRATION AWARDS (ECF No. 29), as well as the supporting, opposing, and reply memoranda, it is hereby ORDERED that:

(1) PLAINTIFF'S AMENDED MOTION TO CONFIRM ARBITRATION AWARD (ECF No. 25) is denied; and

(2) LECLAIRRYAN'S MOTION TO CORRECT AND VACATE PORTION OF ARBITRATION AWARD (ECF No. 27) is granted; and

(3) LECLAIRRYAN'S MOTION TO SEAL ARBITRATION AWARDS (ECF No. 29) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process. Therefore, Craddock's MOTION FOR HEARING (ECF No. 42) is denied as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 11, 2019