IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELE BURKE,

    Plaintiff,

v.                                   Civil Action No. 3:16cv11

LECLAIRRYAN, A Professional
Corporation,

    Defendant.

**ORDER**

It is hereby ORDERED that the PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD (ECF No. 21) is denied as moot.

It is so ORDERED.

                                     /s/
                              David J. Novak
                              United States Magistrate Judge

Richmond, Virginia
Date: June 12, 2019